MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MABN 100560)
Assistant United States Attorney

   1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3701
   FAX: (510) 637-3724
   Email: stephen.corrigan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHELLE McGUIRE, ) <br> ) <br>    Defendant. ) <br> ) <br> _____ ) | No. CR 09-01062 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING DATE TO DECEMBER 4, 2013 AT 2:30 P.M. |

     The United States of America and defendant Michelle McGuire, through counsel of record, request a continuance of defendant McGuire's May 29, 2013 sentencing date to December 4, 2013 at 2:30 p.m. The continuance is requested to allow defendant McGuire

////

////

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING DATE
CR 09-01062 PJH

to continue to fulfill the conditions of her plea agreement.

IT IS SO STIPULATED.

DATED: April 18, 2013                    Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                              /s/
                                         STEPHEN G. CORRIGAN
                                         Assistant United States Attorney


DATED: April 18, 2013                         /s/
                                         GARRICK S. LEW
                                         Counsel for Michelle McGuire


IT IS SO ORDERED.

DATED: 4/19/13

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING DATE
CR 09-01062 PJH                    2